THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>EL GAUCHO SEATTLE, LLC, a Washington limited liability company,<br><br>                Defendant. | No. 2:19-cv-01853 BJR<br><br>**NOTICE OF SETTLEMENT** |

## **NOTICE OF SETTLEMENT**

Pursuant to Section V of this Court's Standing Order for All Civil Cases (Docket Item No. 8), the parties, by and through their counsel of record, hereby advise the Court that the parties to the above-referenced matter have reached an agreement in principle resolving all matters at issue. The parties anticipate filing dismissal papers within thirty (30) days of this Notice of Settlement.

Respectfully submitted this 31st day of January, 2020.

/-/-/

/-/-/

/-/-/

/-/-/

NOTICE OF SETTLEMENT - 1
(Case No. 2:19-cv-01853 BJR)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  Jointly Submitted By:

2

3  THE LAW OFFICES OF DAN N. FIORITO III      JACKSON LEWIS P.C.

4

5  By: */s/ Dan N. Fiorito III*                              By: */s/ Peter Nohle*
    Dan N. Fiorito III, WSBA #34009                    Peter H. Nohle, WSBA # 35849
6      844 NW 48th Street                                 Sherry L. Talton, WSBA #42780
    Seattle, WA 98107                                  520 Pike Street, Suite 2300
7      206-299-1582                                       Seattle, WA 98101
    dan@danfiorito.com                                 206-405-0404
8                                                         peter.nohle@jacksonlewis.com
9      Attorney for Plaintiff                             sherry.talton@jacksonlewis.com

10                                                        Attorneys for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT - 2
(Case No. 2:19-cv-01853 BJR)

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Dan N. Fiorito III, WSBA #34009
The Law Offices of Dan N. Fiorito III
844 NW 48th Street
Seattle, WA 98107
206-299-1582
dan@danfiorito.com

Attorney for Plaintiff

DATED this 31st day of January, 2020.

Alena Wooldridge

NOTICE OF SETTLEMENT - 3
(Case No. 2:19-cv-01853 BJR)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404