UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARMEN JOHN PERRI, an individual,

                Plaintiff,

v.

EL GAUCHO SEATTLE, LLC, a Washington limited liability company,

                Defendants.

Case No. 2:19-cv-01853 BJR

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of the parties it is hereby:

ORDERED that the above-captioned action be dismissed with prejudice and without an award of costs or attorneys' fees to any party. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 20th day of February, 2020.

*/s/ Barbara J. Rothstein*
BARBARA JACOBS ROTHSTEIN
United States District Judge

Jointly Presented By:

| THE LAW OFFICES OF DAN N. FIORITO III | JACKSON LEWIS P.C. |
|---|---|
| By: /s/ *Dan N. Fiorito III* <br> Dan N. Fiorito III, WSBA #34009 <br> 844 NW 48th Street <br> Seattle, WA 98107 <br> 206-299-1582 <br> dan@danfiorito.com <br><br> Attorney for Plaintiff | By: /s/ *Peter Nohle* <br> Peter H. Nohle, WSBA # 35849 <br> Sherry L. Talton, WSBA #42780 <br> 520 Pike Street, Suite 2300 <br> Seattle, WA 98101 <br> 206-405-0404 <br> peter.nohle@jacksonlewis.com <br> sherry.talton@jacksonlewis.com <br><br> Attorneys for Defendant |

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE – 2
(Case No. 2:19-cv-01853 BJR)